UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-61658-CV-WILLIAMS

AZ55S, LLC,

    Plaintiff,

v.

FLINSCO.COM, LLC,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Alicia O. Valle's Report and Recommendation on Defendant's Motion for Sanctions Against Plaintiff for Spoliation of Evidence (DE 65) ("***Report***"). In the Report, Judge Valle recommends that the Court deny Defendant's Motion for Sanctions Against Plaintiff for Spoliation of Evidence (DE 54) ("***Motion***"). (DE 65 at 1.) Neither Party filed objections to the Report and the time to do so has passed.

Upon an independent review of the Report, the record, and applicable law, the Court agrees with Judge Valle's well-reasoned analysis and conclusion that Defendant's Motion be denied. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 65) is **AFFIRMED AND ADOPTED**.
2. Defendant's Motion (DE 54) is **DENIED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>17th</u> day of July, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE